IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jack Wallace, | ) | |
| | ) | C.A. No. 6:10-cv-01668-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Raheem Hamett and | ) | |
| C Kelly | ) | |
| Defendants. | ) | |
| | ) | |

The Plaintiff, proceeding pro se, while an inmate with the Sumter Lee-Regional Detention Center[1], sought relief pursuant to 42 U.S.C. §1983. The Magistrate Judge's Report and Recommendation [Doc. #33], filed on November 19, 2010, recommends that the Defendant's Motion to Dismiss for Lack of Prosecution [Doc. #27] be granted, and that the action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Report and Recommendation sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation herein without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or

---

[1] Since the filing of the Magistrate Judge's Report and Recommendation, Plaintiff has been released from this facility.

recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report and Recommendation [Doc. # 33-1]. However, Plaintiff filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation [Doc. # 33] and incorporates it herein. It is therefore ORDERED that the Defendant's Motion to Dismiss for Lack of Prosecution [Doc. # 27] be granted pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

                                                        _____
                                                        J. Michelle Childs
                                                        United States District Judge

Greenville, South Carolina
January 3, 2011